IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
**Civil Action No. 5:21-CV-00466-FL**

| | |
|---|---|
| WALTER L. HART, IV, as Guardian *ad Litem* for DOMINIQUE D. NORTHCUTT, an incompetent adult,<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA; EDUCATIONAL DATA SYSTEMS INCORPORATED; CAPE FEAR AVIATION MAINTENANCE LLC; CAPE FEAR AVIATION SERVICES, LLC and CAPE FEAR AVIATION FAYETTEVILLE, LLC, All d/b/a Cape Fear Aviation; SCOT SMITH, Individually and as Owner, Member and Manager of CAPE FEAR AVIATION MAINTENANCE, LLC; ROGER DALE SMITH, Individually and as Owner, Member and Manager of CAPE FEAR AVIATION FAYETTEVILLE, LLC; Cynthia B. Smith, Individually and as Owner of CAPE FEAR AVIATION; and Jacob "Jake" Parsons,<br><br>Defendants. | **MOTION TO DISMISS CROSSCLAIM** |

Defendant, Travelers Property Casualty Company of America ("Travelers"), moves to dismiss the crossclaim.

1. The crossclaim is duplicative of the complaint and counterclaim in Case Number 5:21-cv-00468 pending in this Court.

2. Accordingly, the crossclaim should be dismissed.

WHEREFORE, Travelers Property Casualty Company of America requests an order dismissing the crossclaim.

Respectfully submitted,
BUTLER WEIHMULLER KATZ CRAIG LLP

*/s/ Matthew J. Lavisky*
Matthew J. Lavisky
Florida Bar No.: 48109
400 N. Ashley Drive, Suite 2300
Tampa, Florida 33602
Telephone: (813) 281-1900
Facsimile: (813) 281-0900
Email: mlavisky@butler.legal
*Counsel for Travelers*


BUTLER WEIHMULLER KATZ CRAIG LLP

*/s/ T. Nicholas Goanos*
T. Nicholas Goanos
North Carolina Bar No.: 45656
11605 N. Community House Road, Suite 150
Charlotte, North Carolina 28277
Telephone: (704) 543-2321
Facsimile: (704) 543-2324
Email: tgoanos@butler.legal
*Local Civil Rule 83.1(d) Counsel for Travelers*

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of January, 2022, the foregoing was duly served by placing the same in a postage pre-paid envelope in the United States Mail addressed the following person, as well as filing the same with the above-captioned Court via ECF Pacer.

        Charles G. Monnett, III, Esq.
        CHARLES G. MONNETT III & ASSOCIATES
        6842 Morrison Boulevard, Suite 100
        Charlotte, NC 28211
        PH: (704) 376-1911
        FX: (704) 376-1921
        E: cmonnett@carolinalaw.com
        *Counsel for Plaintiff*

        Andrew L. Fitzgerald, Esq.
        FITZGERALD LITIGATION
        119 Brookstown Avenue, Suite 402
        Winston-Salem, NC 27101
        E: andy@fitzgeraldlitigation.com
        *Counsel for EDSI*

        */s/ Matthew J. Lavisky*_____
        Matthew J. Lavisky

3

Case 5:21-cv-00466-FL   Document 29   Filed 01/11/22   Page 3 of 3