UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| WALTER L. HART, IV, *As Guardian Ad Litem for Dominique D. Northcutt, an incompetent adult* | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **JUDGMENT** |
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, EDUCATIONAL DATA SYSTEMS INCORPORATED, CAPE FEAR AVIATION MAINTENANCE, LLC, *d/b/a Cape Fear Aviation,* CAPE FEAR AVIATION SERVICES, LLC, *d/b/a Cape Fear Aviation*, CAPE FEAR AVIATION FAYETTEVILLE, LLC *d/b/a Cape Fear Aviation*, ROGER DALE SMITH, *Individually and as Owner, Member and Manager of Cape Fear Aviation F. Fayetteville, LLC*, CYNTHIA B. SMITH, *Individually and as Owner of Cape Fear Aviation*, JACOB JAKE PARSONS, and SCOT SMITH, *Individually and as Owner, Member and Manager of Cape Fear Aviation Maintenance, LLC*, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 5:21-CV-466-FL |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 8, 2022, and for the reasons set forth more specifically therein, defendants' motions to dismiss are GRANTED. Defendant EDSI's counterclaim is DISMISSED WITHOUT PREJUDICE in favor of adjudication of the same issues in the operative 5:21-CV-468-FL action.

**This Judgment Filed and Entered on July 8, 2022, and Copies To:**
Charles G. Monnett, III (via CM/ECF Notice of Electronic Filing)
Matthew J. Lavisky/ Theodore Nicholas Goanos (via CM/ECF Notice of Electronic Filing)
Andrew L. Fitzgerald (via CM/ECF Notice of Electronic Filing)

July 8, 2022                    PETER A. MOORE, JR., CLERK

                                 /s/ Sandra K. Collins
                                (By) Sandra K. Collins, Deputy Clerk